IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEREK WILLIAMS,

        Plaintiff,

v.

WILLIAM POLLARD and RICK RAEMISCH,

        Defendants.

ORDER

09-cv-641-bbc

---

    Plaintiff Derek Williams is proceeding on his claims that defendant William Pollard and Rick Raemisch violated his equal protection rights by enforcing racially discriminatory vsitation policies. On September 10, 2010, I denied plaintiff's motion to compel discovery and partially granted his motion for an extension of time to file his opposition to defendants' motion for summary judgment until September 22. Consistent with Williams's habit in this case and his other case, Case. No,. 09-485, Williams did not file his opposition materials by the deadline; instead, on September 24, 2010, plaintiff filed a motion for reconsideration of this court's September 10, 2010 order

    It appears that this motion for reconsideration may be for the purpose of obtaining additional time to respond to defendants's motion for summary judgment. Plaintiff has not provided any meritorious arguments why the court should reconsider its denial of his motion to compel and grant his motion to compel. Further, he again has asked for an extension of time after the deadline for filing his opposition materials has expired. Even so, because this case is not scheduled for trial until February 7, 2011, I will give plaintiff one final extension to file his opposition to defendants' motion for summary judgment. He may file his opposition materials not later than October 12, 2010 and defendants may reply no later than October 22, 2010.

ORDER

IT IS ORDERED that

1. Plaintiff Derek Williams's motion for reconsideration of this court's order denying his motion to compel discovery, dkt. #29, is DENIED.

2. Plaintiff Derek William's motion for an extension of time to file his opposition to defendants' motion for summary judgment, dkt. #29, is PARTIALLY GRANTED. Plaintiff may file his opposition materials not later than October 12, 2010; defendants may reply not later than October 22, 2010.

Entered this 29th day of September, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge