IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEREK WILLIAMS,

    Plaintiff,

v.

WILLIAM POLLARD,
RICK RAEMISCH,
DIANE LONGSINE and
WELCOME ROSE,

    Defendants.

JUDGMENT IN A CIVIL CASE

09-cv-641-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Derek Williams leave to proceed as to defendants Diane Longsine and Welcome Rose.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants William Pollard and Rick Raemisch granting their motion for summary judgment and dismissing this case.

_____       1/31/2011
Peter Oppeneer, Clerk of Court                        Date